NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| C. RANDOLPH FISHBURN, for himself and as assignee of Diane McNabb,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JONES; DAVID JONES CUSTOM FLORIST, INC.; RONALD SMITH; VALERIE WOODS; KEN PAIVA; and Does 1 through 100, inclusive,<br><br>Defendant. | CASE NO.   CV08-07206 JFW (CWx)<br><br>Case Assigned to the Hon. John F. Walter, Courtroom 16<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Action Filed:          10/30/08 |

Upon the stipulation of the parties pursuant to Fed.R.Civ.P. 41,

IT IS HEREBY ORDERED that the entire action, including both (a) Plaintiff's complaint against all defendants and (b) the counterclaims of Defendants David Jones, Valerie Woods, and Ronald Smith against Counterdefendants C. Randolph Fishburn and Jeffrey Quinn, be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Date: July 20, 2009

*/s/ John F. Walter*
United States District Judge

141494.1

1                                                                                      CV08-07206 JFW (CWx)
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE